**2008–1734.   State v. Malott.**
Fayette App. Nos. CA2007–02–006, CA2007–02–007, and CA2007–02–008, 2008-Ohio-2114. On motion for leave to file delayed appeal. Motion denied.
CUPP, J., dissents.

**2008–1740.   State v. Crum.**
Lawrence App. No. 07CA3, 2007-Ohio-4924. On motion for leave to file delayed appeal. Motion denied.
CUPP, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2008–1195.   In re P.F.**
Lorain App. No. 07CA009243, 2008-Ohio-2105. Discretionary appeal accepted; cause held for the decision in 2007–0895 and 2007–0912, *In re L.A.B.*, Summit App. No. 23309, 2007-Ohio-1479; and briefing schedule stayed.

**2008–1240.   Cleveland v. State.**
Cuyahoga App. Nos. 89486 and 89565, 2008-Ohio-2655. Discretionary appeals accepted. Appellees' motion that briefing not be stayed is denied. This cause is held for the decisions in 2008–0128, *Lima v. State,* Allen App. No. 1–07–21, 2007-Ohio-6419, and 2008–0418, *State v. Akron,* Summit App. No. 23660, 2008-Ohio-38, and the briefing schedule is stayed.
PFEIFER, O'CONNOR, and LANZINGER, JJ., would grant the motion that briefing not be stayed.

**2008–1246.   State v. Harris.**
Hamilton App. No. C–070506. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decisions in 2007–0693, *State v. Bloomer,* Fulton App. No. F–06–012, 2007-Ohio-1039, 2007–1415, *State v. Mosmeyer,* Hamilton App. No. C–060747, and 2007–1439, *State v. Barnes,* Portage App. No. 2006–P–0089, 2007-Ohio-3362, and briefing schedule stayed.
LUNDBERG STRATTON, J., would also accept the appeal on Proposition of Law No. I.
PFEIFER, J., dissents.

**2008–1337.   Williams v. Spitzer Autoworld Canton, L.L.C.**
Stark App. No. 2007 CA 00187, 2008-Ohio-2535.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2008–1451.   State ex rel. Rogers v. Midway Motor Sales, Inc.**
Franklin App. No. 07AP–744, 2008-Ohio-2799.
PFEIFER and CUPP, JJ., dissent.